**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JERMAINE CHRISTOPHER
HUNT (#745089),

Plaintiff,

v.

KLINE,

Defendant.

Case No. 2:25-cv-13698
District Judge Laurie J. Michelson
Magistrate Judge Anthony P. Patti

_________________________________/

**ORDER GRANTING MDOC DEFENDANT'S MOTION TO DEPOSE PLAINTIFF (ECF No. 17)**

In this lawsuit, Jermaine Chrisptoher Hunt (#745089) sues Defendant Kline, described as "MDOC Coordinator" at the Michigan Department of Corrections (MDOC) Saginaw Correctional Facility (SRF), alleging, *inter alia*, that Kline "ignored threats made by an inmate." Which resulted in medical attention. (ECF No. 1, PageID.2-3.)

Judge Michelson has referred this case to me for pretrial matters. (ECF No. 11.) Currently before the Court is Defendant's August 13, 2026 motion to depose Plaintiff. (ECF No. 17.) Hunt is currently incarcerated at the SLF. *See* www.michigan.gov/corrections, "Offender Search," (last visited Aug. 17, 2026).

Having reviewed the motion, I conclude that oral argument is not necessary as to the request for a deposition. *See* E.D. Mich. LR 7.1(f)(2). Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because Plaintiff is incarcerated. Upon consideration, **IT IS HEREBY ORDERED** that Defendant's August 13, 2026 motion to depose Plaintiff (ECF No. 17) is **GRANTED**, and Defendant shall be permitted to take the deposition of Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure. The deposition may occur either in person, by telephone, or via video teleconference, at Defendant's option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: August 17, 2026

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE